## NOVO TRANSFORMA TECHNOLO-GIES LLC, Plaintiff–Appellant

v.

SPRINT SPECTRUM, L.P., Virgin Mobile USA, L.P., Nextel Operations, Inc., T–Mobile US Inc, Tracfone Wireless, Inc., United States Cellular Corporation, Cellco Partnership, D/B/A Verizon Wireless, Defendants–Appellees

2015–2012
2015–2013
2015–2014
2015–2015
2015–2016

United States Court of Appeals,
Federal Circuit.

September 23, 2016

JONATHAN DANIEL BAKER, Farney Daniels PC, San Mateo, CA, argued for plaintiff-appellant. Also represented by MICHAEL D. SAUNDERS, GURTEJ SINGH, Georgetown, TX.

JARED BOBROW, Weil, Gotshal & Manges LLP, Redwood Shores, CA, argued for all defendants-appellees. Defendants-appellees T–Mobile US Inc., Tracfone Wireless, Inc. also represented by ANNE MARIE CAPPELLA; ROBERT T. VLASIS, III, Washington, DC.

JASON W. COOK, McGuireWoods LLP, Dallas, TX, for defendants-appellees Sprint Spectrum, L.P., Virgin Mobile USA, L.P., Nextel Operations, Inc. Also repre-sented by DAVID EVAN FINKELSON, BRIAN DAVID SCHMALZBACH, Richmond, VA.

DOUGLAS LEWIS, Sidley Austin LLP, Chicago, IL, for defendant-appellee United States Cellular Corporation. Also repre-sented by STEVEN J. HOROWITZ.

KEVIN PAUL ANDERSON, Wiley Rein, LLP, Washington, DC, for defendant-appellee Cellco Partnership. Also represented by KARIN A. HESSLER.

(Moore, Taranto, and Hughes, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and con-sidered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**